THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
lsk@karlinlaw.com
David E. Karlin (SBN 275905)
david@karlinlaw.com
Michael J. Karlin (SBN 272442)
mike@karlinlaw.com
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741

THE LAW OFFICE OF HAKIMI & SHAHRIARI
Anoush Hakimi (SBN 228858)
anouse@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORRINE ALVILLAR,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMYS FLOWER AND VASE LAND INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-02192-AB-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: September 19, 2019        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   /s/ Peter Shahriari
      Peter Shahriari, Esq.
      Attorneys for Plaintiff
      CORRINE ALVILLAR

DATED: September 19, 2019        **THE KARLIN LAW FIRM, LLP**

By:   /s/ Michael J. Karlin
      Michael J. Karlin, Esq.
      Attorneys for Defendant
      TOMMYS FLOWER AND
      VASE LAND INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Peter Shahriari, counsel for Corrine Alvillar, and that I have obtained authorization to affix his electronic signature to this document.

DATED: September 19, 2019        **THE KARLIN LAW FIRM, LLP**

By:   /s/ Michael J. Karlin
      Michael J. Karlin, Esq.
      Attorneys for Defendant
      TOMMYS FLOWER AND
      VASE LAND INC.